HESTER BATES et al., Appellants, *v.* WILLIAM H. JOHNSTON et al., Respondents.

(Argued April 28, 1891; decided June 2, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made December 28, 1890, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*James L. Bishop* and *Lewis Sanders* for appellants.

*Morris S. Thompson* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.